IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEREMY FRYDMAN and SAM MARIN, on behalf of plaintiff and a class of United States citizens<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | CIVIL ACTION FILE NO. 11 CV 524<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Jeffrey T. Gilbert |

**Defendant's Notice of Motion for Leave to File Motion to Transfer Venue**

**PLEASE TAKE NOTICE** that on Thursday, March 31, 2011 at 11:00 a.m., we shall appear before the Honorable Blanche M. Manning in Room 2125 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and there present **DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION TO TRANSFER VENUE**.

Dated: March 18, 2011

        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   *s/ Jennifer M. Robbins*
      Christopher W. Madel
      MN Reg. No. 230297, *admitted pro hac vice*
      Denise S. Rahne
      MN Reg. No. 331314, *admitted pro hac vice*
      Jennifer M. Robbins
      MN Reg. No. 0387745, *admitted pro hac vice*
      Nicole S. Frank
      MN Reg. No. 0388822, *admitted pro hac vice*

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181
E-mail: cwmadel@rkmc.com
Email: dsrahne@rkmc.com
E-mail: jmrobbins@rkmc.com
E-mail: nsfrank@rkmc.com

Alexander S. Vesselinovitch (IL 3122893)
Emily Prentice (IL 6277643)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Telephone: 312-902-5200
Facsimile: 312-902-1061
Email: avesselinovitch@kattenlaw.com
Email: emily.prentice@kattenlaw.com

*Attorneys for Defendants Portfolio Recovery Associates, LLC*

## CERTIFICATE OF SERVICE

I, Jennifer M. Robbins, certify that on March 18, 2011, I caused the foregoing to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>Daniel A. Edelman
>Cathleen M. Combs
>James O. Latturner
>Cassandra P. Miller
>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
>120 S. LaSalle Street, 18th Floor, Suite 1800
>Chicago, IL 60603
>Telephone: 312-739-4200
>Facsimile: 312-419-0379
>E-mail: courtecl@edcombs.com
>Attorneys for Plaintiff Jeremy Frydman
>
>Keith J. Keogh
>Ainat Margalit
>Keogh Law, Ltd.
>101 North Wacker Drive, Suite 605
>Chicago, IL 60606
>Telephone:  312-726-1092
>Facsimile:  312-726-1093
>E-mail:  keith@keoghlaw.com
>Attorneys for Plaintiff Sam Marin

By: */s/ Jennifer M. Robbins*
Jennifer M. Robbins