1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  IN RE: PORTFOLIO RECOVERY          )  Case No. 3:11-md-2295-JAH-BGS
    ASSOCIATES, LLC, TELEPHONE         )
12  CONSUMER PROTECTION ACT            )  **THIS DOCUMENT RELATES TO:**
    LITIGATION                         )       **3:10-cv-2658-JAH-BGS**
13                                     )       **3:11-cv-1008-JAH-BGS**
                                       )       **3:11-cv-3057-JAH-BGS**
14                                     )
                                       )  **ORDER GRANTING**
15                                     )  **NATIONWIDE PLAINTIFFS' EX**
                                       )  **PARTE MOTION TO VACATE**
16                                     )  **HEARING ON DEFENDANTS'**
                                       )  **MOTION TO DISMISS AND TO**
17                                     )  **CONDUCT JURISDICTIONAL**
                                       )  **DISCOVERY**
18  _____)

19        On June 22, 2012, plaintiffs from the <u>Allen</u>, <u>Myer</u>, <u>Frydman</u> actions ("Nationwide

20  Plaintiffs") filed a consolidated class action complaint.  (Dkt No. 36.)  On July 20, 2012,

21  defendants named in the consolidated complaint, Portfolio Recovery Associates, LLC

22  ("PRA, LLC") and Portfolio Recovery Associates, Inc. ("PRA, Inc.") ("Defendants") filed

23  a motion to dismiss portions of the consolidated complaint.  (Dkt No. 43.)  On August

24  3, 2012, the Nationwide Plaintiffs filed an ex parte motion to take Defendants' motion

25  to dismiss off calendar and to lift the discovery stay in this matter to the extent necessary

26  to permit jurisdictional discovery as it relates to PRA, Inc.  (Dkt No. 46.)  Defendants filed

27  a response to Nationwide Plaintiffs' ex parte motion, stating they did not oppose the ex

28  parte motion, except Defendants requested an opportunity to continue to meet and confer

1  regarding the scope of jurisdictional discovery.  (Dkt No. 47.)  Plaintiffs filed a reply to

2  Defendants' opposition.  (Dkt. No. 48.)

3         Having considered the parties' submissions, the Court finds good cause to grant the

4  Nationwide Plaintiffs' ex parte motion.  Accordingly, **IT IS HEREBY ORDERED** that:

5         1.     The Nationwide Plaintiffs' ex parte motion, (Dkt No. 46), is **GRANTED**;

6         2.     The hearing on Defendants' motion to dismiss, (Dkt No. 43), set for

7                September 17, 2012, is **VACATED** until further order of this Court;

8         3.     The Nationwide Plaintiffs are permitted to conduct discovery regarding the

9                jurisdictional facts asserted in Defendants' motion to dismiss; and

10        4.     Magistrate Judge Skomal is directed to schedule a discovery conference

11               regarding the scope of jurisdictional discovery.

12

13  Dated:  August 10, 2012

                                          JOHN A. HOUSTON
14                                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11md2295