1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

IN RE: PORTFOLIO RECOVERY
ASSOCIATES, LLC, TELEPHONE
CONSUMER PROTECTION ACT
LITIGATION

)
)
)
)
)
)
)
)
)
)
)
)
)

Civ. No. 11-MD-2295-JAH (BGS)

THIS DOCUMENT RELATES TO:
    10-CV-2658-JAH (BGS)
    11-CV-1008-JAH (BGS)
    11-CV-3057-JAH (BGS)

**SCHEDULING ORDER REGARDING
JURISDICTIONAL DISCOVERY**

On August 10, 2012, the Court granted Nationwide Plaintiffs' ex parte motion to take Defendants' motion to dismiss off calendar and to lift the discovery stay in this matter to the extent necessary to permit jurisdictional discovery as it relates to Defendant Portfolio Recover Associates, Inc. ("PRA, Inc."). (Doc. No. 49.)  In its Order, the Court directed the undersigned to schedule a discovery conference regarding the scope of jurisdictional discovery.  Accordingly, IT IS HEREBY ORDERED:

    1.   The parties are to meaningfully meet and confer in person if all counsel are located in this district, or via telephone if counsel are located outside the district, regarding the scope of proposed jurisdictional discovery.

    2.   No later than **September 21, 2012**, the parties shall e-file a Joint Proposed Jurisdictional Discovery Plan and simultaneously lodge the joint proposed plan

1    with Judge Skomal by emailing it to efile_Skomal@casd.uscourts.gov.

2    3.  The parties' Joint Plan shall address the specific discovery Plaintiffs seek to

3    conduct, identify the specific items/areas of discovery on which the parties agree,

4    identify the specific items/areas of discovery on which the parties disagree, and

5    provide succinct arguments regarding their positions on the items/areas in

6    dispute.  The Joint Plan shall also include a proposed timeline for completing

7    discovery.

8    4.  A telephonic, attorneys-only discovery conference regarding the scope of

9    jurisdictional discovery will be held on **October 5, 2012** at **1:30 p.m.** before

10   Magistrate Judge Skomal.  Counsel for Plaintiffs shall coordinate and initiate the

11   conference call.  When all counsel are on the phone, please dial (619) 557-2993

12   to reach the Court.

13

14   DATED:  September 4, 2012

15   **BERNARD G. SKOMAL**
     United States Magistrate Judge