1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11   IN RE: PORTFOLIO RECOVERY          )    Case No. 3:11-md-2295-JAH-BGS
     ASSOCIATES, LLC, TELEPHONE         )
12   CONSUMER PROTECTION ACT            )    **THIS DOCUMENT RELATES TO:**
     LITIGATION                         )         **3:10-cv-2658-JAH-BGS**
13                                      )         **3:11-cv-1008-JAH-BGS**
                                        )         **3:11-cv-3057-JAH-BGS**
14                                      )
                                        )    **ORDER GRANTING**
15                                      )    **DEFENDANT'S MOTION TO RE-**
                                        )    **CALENDAR MOTION TO**
16                                      )    **DISMISS [DOC. # 58]**
                                        )
17                                      )
                                        )
18   _____  )

19          On June 22, 2012, plaintiffs from the <u>Allen</u>, <u>Myer</u>, <u>Frydman</u> actions ("Nationwide

20   Plaintiffs") filed a consolidated class action complaint.  On July 20, 2012, defendants

21   named in the consolidated complaint, Portfolio Recovery Associates, LLC ("PRA, LLC")

22   and Portfolio Recovery Associates, Inc. ("PRA, Inc.") ("Defendants") filed a motion to

23   dismiss portions of the consolidated complaint.  On August 3, 2012, the Nationwide

24   Plaintiffs filed an *ex parte* motion to take Defendants' motion to dismiss off calendar and

25   to lift the discovery stay in this matter to the extent necessary to permit jurisdictional

26   discovery as it relates to PRA, Inc.  This Court, on August 10, 2012, granted the

27   Nationwide Plaintiffs' *ex parte* motion, thereby vacating the hearing set for defendants'

28   motion to dismiss.

On September 28, 2012, Defendants filed a notice of withdrawal of their motion to dismiss as it relates to personal jurisdiction only, indicating that they intend to proceed with their motion to dismiss on Federal Rule of Civil Procedure 12(b)(6) grounds. *See* Doc. # 55.  To that end, Defendants filed, on October 2, 2012, a motion seeking to re-calendar their motion before this Court.  Doc. # 58.  The Nationwide Plaintiffs filed an opposition to the re-calendaring motion and Defendants filed a reply thereto. *See* Docs. # 59, 60.  In addition, on October 9, 2012, the Nationwide Plaintiffs filed a motion seeking leave to file a first amended complaint currently set for hearing on November 26, 2012.

Having considered the parties' submissions, the Court finds good cause to grant Defendants' motion.  Accordingly, **IT IS HEREBY ORDERED** that:

1.  Defendants' motion to re-calendar their motion to dismiss [doc. # 58] is **GRANTED**;

2.  The hearing on Defendants' motion to dismiss, [doc. # 43], is rescheduled to be heard on **November 26, 2012 at 2:30 p.m.**; and

3.  The parties are directed to comply with the Federal Rules of Civil Procedure and the Local Rules of this District in filing responsive pleadings to the motion.

Dated:      October 12, 2012

JOHN A. HOUSTON
United States District Judge

2

11md2295